# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

| | |
|---|---|
| KINGRALE COLLINS<br>ADC #SK945 | PLAINTIFF |
| V.   NO: 2:10CV00137 SWW | |
| RHONDA SULLIVAN | DEFENDANT |

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of December, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE